**The J. L. Mott Iron Works, Appellee, v. Nathan Rosenzweig and Maimonides Hospital. Nathan Rosenzweig, Appellant.**

**Gen. No. 23,668.     (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. WELLS M. COOK, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed June 14, 1918.

### Statement of the Case.

Action by The J. L. Mott Iron Works, plaintiff, against Nathan Rosenzweig and Maimonides Hospital, defendants, to recover on a note. From a judgment

for plaintiff for $1,902.05, defendant Rosenzweig appeals.

Hyman Soboroff, for appellant.

Bryan, McCormick & Wilber, for appellee.

Mr. Justice McDonald delivered the opinion of the court.

## Abstract of the Decision.

Bills and notes, § 433*—*when parol evidence is inadmissible.* Parol evidence is inadmissible to contradict or vary the contract implied from the indorsement of a note by showing that the indorser was to incur no liability thereon.